IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| MELBA SUE JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>ECONOMICAL INSURANCE d/b/a ECONOMINCAL MUTUAL INSURANCE COMPANY and JOHN and JANE DOES 1–10,<br><br>Defendants. | CV 18–103–M–DLC<br><br>ORDER |

The Parties having filed a Stipulation for Dismissal with Prejudice (Doc. 9),

IT IS ORDERED that Plaintiff's claims against Defendant Economical Insurance d/b/a Economical Mutual Insurance Company is DISMISSED WITH PREJUDICE because they have been fully settled upon their merits. Each party shall be responsible for their own attorneys' fees and costs.

DATED this 27th day of November, 2018.

Dana L. Christensen, Chief Judge
United States District Court